UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
NICHOLAS HARTLEY,

        Plaintiff,                Civil Action No. 6:24-CV-893

    v.

COMMISSIONER                          **CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**
OF SOCIAL SECURITY,

        Defendant.
*******************************

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this   6th   day of   November   , 2024 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                          _____
                                          Thérèse Wiley Dancks
                                          United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                              CARLA B. FREEDMAN
                              United States Attorney

By:     /s/ Kristina Cohn
           Kristina Cohn
           Special Assistant U.S. Attorney


                              OFFICE OF PETER W. ANTONOWICZ

           /s/ Peter Antonwicz

By:    Peter W. Antonowicz
           Attorney for Plaintiff